JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA ESTRADA, <br><br> Plaintiff, <br><br> v. <br><br> PROSPER MARKETPLACE, INC., et al. <br><br> Defendants. | Case No. ED CV 20-01663-AB (SPx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled as to all Defendants;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 9, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.