# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELITA ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>PROSPER MARKETPLACE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC,<br><br>    Defendants. | Case No. 5:20-cv-01663-AB-SP<br><br>Hon. André Birotte, Jr.<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

Plaintiff Carmelita Estrada and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Carmelita Estrada against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this 30th day of March 2021.

**HONORABLE ANDRÉ BIROTTE, JR.**
UNITED STATES DISTRICT JUDGE

3901510.1